IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

2006 JUL 25  P 1: 36

DISTRICT OF UTAH

| SCOTT LEE LANCE, | |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| SANDY CITY CORPORATION, | Case No. 2:06-CV-240 |
| | Judge Dee Benson |
| Defendant. | |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on June 29, 2006, recommending that Defendant's Motion to Dismiss be GRANTED.

The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. The parties were further instructed that failure to file objections may constitute a waiver of those objections on subsequent appellate review. Neither party has filed an objection to the Report and Recommendation.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and GRANTS Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

DATED this 21ST day of July, 2006.

Dee Benson
United States District Judge